JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Madison, WI
County/Parrish: Dane County

**Related Case Information:** 23 · CR 010 WMC
Superseding _____ Docket Number
Same Defendant _____ New Defendant
Magistrate Judge Case Number 19-mj-33
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed ____ Yes ✓ No
Def. Name: Kevin Breslin
Alias Name:
City/State: Hoboken, NJ
Year of Birth: 1966    Last 4 digits of SSN 2801
Sex: Male    Race: White

**U.S. Attorney Information:**
DANIEL J. GRABER    Bar #:
Interpreter: ✓ No ____ Yes    List language and/or dialect:

**Location Status:**
Arrest Date: ____
___ Already in Federal Custody as of: ____ in ____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 12    ___ Petty    ___ Misdemeanor    ✓ Felony
                                      ___ Class A
                                      ___ Class B
                                      ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1347 | Health Care Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 - 7 |
| Set 3 | 18 U.S.C. § 1341 | Mail Fraud | 8 - 10 |
| Set 4 | 18 U.S.C. § 371 | Tax Fraud Conspiracy | 11 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 12 |
| Set 6 | | | |

Date: ____    Signature /s/ DANIEL J. GRABER