IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

    v.

KEVIN BRESLIN, and        Case No. 23-CR-10-WMC
KBWB OPERATIONS, LLC d/b/a
Atrium Health & Senior Living,

    Defendants.

MOTION TO CORRECT DOCKET ENTRY NO. 3

    The United States of America, by its attorneys Timothy M. O'Shea, United States Attorney for the Western District of Wisconsin, and Daniel J. Graber, Assistant United States Attorney, hereby asks the Court to correct docket entry number three for the following reasons:

    1.  On February 1, 2023, the grand jury returned a 12-count indictment against the defendants. The indictment was docketed as entry number 3.

    2.  Also docketed as 3-1, 3-2, and 3-3 were three exhibits that relate to claims filed by victims in the Wood County Circuit Court receivership action against Atrium.

    3.  These claims should not have been docketed as exhibits to the indictment. They are not part of the indictment. They were filed with the clerk's office as part of the government's obligation to provide the Court with a preliminary list of victims for purposes of a conflicts check by the Court.

4. These three exhibits should be redocketed as a separate docket entry apart from the indictment.

Dated:  2-3-23

                                Respectfully submitted,

                                TIMOTHY M. O'SHEA
                                United States Attorney

By:    /s/
        DANIEL J. GRABER
        Assistant United States Attorney