IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

|  | Plaintiff, | ORDER |
| v. | | |
| KEVIN BRESLIN and | | 23-cr-10-wmc |
| KBWB OPERATIONS, LLC, | | |
|  | Defendants | |

---

For the reasons stated in this court's September 3, 2024 Report and Recommendation, it is ORDERED that defendants' motion for a bill of particulars, dkt. 61 at 4-5, is GRANTED. Not later than September 13, 2024, the government shall identify to defendants and to the court all of the alleged coconspirators in Counts 11 and 12. Alleged coconspirators "known" to the grand jury must be identified by name. Alleged coconspirators "unknown" to the grand jury must be identified by providing any and all information presented to the grand jury (under seal if necessary) that caused the grand jury to include unknown coconspirators in these two counts.

Entered this 3rd day of September, 2024.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
 Magistrate Judge