# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 12/17/2024     DAY: Tuesday     START TIME: 2:39 pm     END TIME: 3:21 pm
JUDGE/MAG.: WMC     CLERK: JLS     REPORTER: JLD
PROBATION OFFICER: J. Pick     INTERPRETER: _____     SWORN: YES ☐  NO ☐
CASE NUMBER: 23-cr-10-wmc-1     CASE NAME: USA v. Kevin Breslin

**APPEARANCES:**
ASST. U.S. ATTY.: Karla-Dee Clark, Rowan Reid, Steven Scott, Aaron Wegner
DEFENDANT ATTY.: Kenneth Yeadon, Brian Zeeck
DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1, 11 ; 10 YR(S) IMPRISONMENT; $250,000 FINE;
3 YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: 58     ☐ INDICTMENT/INFORMATION READ     ☐ DEFENDANT WAIVES READING

**PLEA:**
☒ GUILTY     ☒ DEFENDANT SWORN
☐ NOT GUILTY     ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
☐ NO CONTEST     ☒ DEFT. ADJUDGED GUILTY BY COURT
☐ MUTE

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: _____     TRIAL ESTIMATE: _____ DAYS
PTMH/EVID. HRG.: _____     MOTIONS DUE: _____
FPTC: _____     FPTC SUBMISSIONS: _____
FINAL HEARING: _____

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 3/7/2025     OBJECTIONS DUE: 3/21/2025
SENTENCING: 5/7/2025 at 1:00 pm

**RELEASE/DETENTION:**
☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

TOTAL COURT TIME: 42 min