# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: _____ DAY: _____ START TIME: _____ TOTAL HOURS: _____

JUDGE/MAG.: _____ CLERK: _____ REPORTER: _____

PROBATION OFFICER: _____ INTERPRETER: _____ SWORN: YES    NO

CASE NUMBER: _____ CASE NAME: _____

**APPEARANCES:**

PLAINTIFF(S):        _____        DEFENDANT(S):        _____

_____        _____

_____        _____

**PROCEEDINGS:** _____

_____

_____

_____

_____

### PLAINTIFF(S) WITNESS

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

### DEFENDANT(S) WITNESS

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

1. _____    GRANTED    DENIED    U/A
2. _____    GRANTED    DENIED    U/A
3. _____    GRANTED    DENIED    U/A

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1. _____    GRANTED    DENIED    U/A
2. _____    GRANTED    DENIED    U/A
3. _____    GRANTED    DENIED    U/A

_____
_____

1ST BREAK _____    RESUME _____    2ND BREAK _____    RESUME _____

3RD BREAK _____    RESUME _____    4TH BREAK _____    RESUME _____

ADJOURNMENT _____