T IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**

    v.                                    Case No. 23-cr-00010-1 (WMC)

**KEVIN BRESLIN**

        **Defendant.**

---

### DEFENDANT KEVIN BRESLIN'S NOTICE OF APPEAL

Defendant Kevin Breslin provides notice that he appeals the Judgment and Sentence in a Criminal Case entered against him in this action on November 17, 2025, Dkt. 347, which includes the Order of Judgment and Commitment entered on the docket on November 20, 2025, Dkt. 351. Defendant takes his appeal to the United States Court of Appeals for the Seventh Circuit. This appeal includes all possible issues on the counts of conviction, the sentence imposed, and the restitution and forfeiture ordered.

                                          Respectfully submitted,

                                          HINSHAW AND CULBERTSON LLP

                          By:    */s* Kenneth E. Yeadon
                                    KENNETH E. YEADON
                                    BRIAN R. ZEECK
                                    JOSEPH A. CULIG

Dated: November 24, 2025