IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**

        v.                                    Case No. 23-cr-00010-1 (WMC)

**KEVIN BRESLIN**

        **Defendant.**

---

### DEFENDANT KEVIN BRESLIN'S DOCKETING STATEMENT

Defendant Kevin Breslin, by counsel, files this docketing statement with his notice of appeal, pursuant to Seventh Circuit Rule 3(c)(1).

1. This is a direct appeal from a Judgment and Sentence of the United States District Court for the Western District of Wisconsin in a criminal prosecution.

2. The criminal prosecution against Defendant Kevin Breslin was brought pursuant to 18 U.S.C. §§ 1347, 2, 1343, 1341, 371, 1956(h), 982 and 2461(c) and 28 U.S.C. § 2461(c). The District Court had jurisdiction under 18 U.S.C. § 3231. Defendant pled guilty to one count of violating 18 U.S.C. § 1347 (Count One) and (2) one count of violating 18 U.S.C. § 371 (Count Eleven). Dkts. 199, 209.

3. The United States Court of Appeals for the Seventh Circuit has jurisdiction over Defendant's appeal pursuant to 18 U.S.C. § 3742 and 28 U.S.C. § 1291.

4. The Judgment and Commitment Order was entered by the District Court for the Western District of Wisconsin on November 20, 2025, Dkt. 351, following the sentencing hearing on November 17, 2025, Dkt. 347. The District Court sentenced Defendant on Count One to 90 months' imprisonment with three years' supervisory release to run concurrent to the sentence on

Count Eleven of 60 months' imprisonment and three years' supervisory release. Dkt. 351 at 2–4. The Court ordered Defendant to pay restitution of $130,834,006.27 on Count One and $15,359,879.69 on Count Eleven. *Id.* at 5. The Court also ordered forfeiture in the form of a money judgment in the amount of $8,462,572. *Id.*

5. Defendant filed a timely notice of appeal on November 24, 2025. *See* Fed. R. App. P. 4(b)(1)(A)(i).

6. This is an appeal from a final order or judgment that disposes of all parties' claims. There are and have been no prior or related appeals. There also has been no prior litigation in the district court arising out of the same criminal conviction or designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g).

7. Defendant is represented by Kenneth E. Yeadon who is filing the notice of appeal and related documents to initiate said appeal.

        Respectfully submitted,

        HINSHAW AND CULBERTSON LLP

By:   /s Kenneth E. Yeadon
      KENNETH E. YEADON
      BRIAN R. ZEECK
      JOSEPH A. CULIG

Dated: November 24, 2025